DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE TAXABLE STATUS OF PROPERTY

No. 156 PC.

Case below: 45 N.C. App. 632.

Petition by Board of Commissioners for discretionary review under G.S. 7A-31 denied 3 June 1980.

KAHAN v. LONGIOTTI

No. 149 PC.

Case below: 45 N.C. App. 367.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

KING v. FORSYTH COUNTY

No. 130 PC.

Case below: 45 N.C. App. 467.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 June 1980.

LEASING CORP. v. MILLER

No. 139 PC.

Case below: 45 N.C. App. 400.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 June 1980.

LYNCH v. LYNCH

No. 141.

Case below: 45 N.C. App. 391.

Appeal by defendant based on substantial constitutional question allowed 3 June 1980.